PORTLAND SEED COMPANY, Respondent, *v.* GUSTAV F. HERBST et al., Individually and as Copartners under the Firm Name of HERBST BROTHERS, et al., Appellants.

(Argued March 14, 1933; decided April 11, 1933.)

*Jabish Holmes, Thomas M. Healy* and *Maurice Smith* for appellants.

*Frederick T. Case* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not voting: HUBBS, J.